FILED

10/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0456

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0456

_____

IN THE MATTER OF THE ESTATE OF:

HORATIO W. BURNS,                                        O R D E R

    Deceased.


_____


    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda R. Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2023